THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. JOSEPH L. SCOTT (Impleaded), Defendant-Appellant.

(No. 55640; ▮▮▮▮▮▮

First District—December 30, 1971.

Opinion by Mr. PRESIDING JUSTICE McNAMARA.

Gerald W. Getty, Public Defender, of Chicago, (Michael Weininger and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and James N. Karahalios, Assistant State's Attorneys, of counsel,) for the People.